UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :     INDICTMENT

RODNEY SPRATLEY,                  :     14 CRIM 261

    Defendant.                    :

- - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

(Felon in Possession of a Firearm)

The Grand Jury charges:

1. On or about March 3, 2014, in the Southern District of New York, RODNEY SPRATLEY, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Sterling Arms .22 caliber pistol bearing serial number A82701, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

Preet Bharara
_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 22 2014

JUDGE FAILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RODNEY SPRATLEY,

      Defendant.

## INDICTMENT

14 Cr. _____

Title 18, United States Code, Section 922(g)(1).

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
          Foreperson.

4/22/14 - Filed Indictment
de Case assigned to Judge Powell
    Judge Keenan Notified to
      USM)